FILED

11/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0358

_____

CHRISTINA SCHMID and JENNIFER POWERS,

     Plaintiffs and Appellants,

  v.

                                   O R D E R

JAE NOTTI, SUSIE NOTTI and ET CATTLE
COMPANY, LLC,

     Defendants and Appellees.

_____

Upon consideration of Appellants' motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including March 8, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2021